JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Michael Allsberry

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLSBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No. 2:20-cv-01934-CKD<br><br>STIPULATION AND ORDER FOR A FORTY-FIVE-DAY EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The parties stipulate, subject to the approval of the Court, Plaintiff shall be granted a forty-five-day extension from the current June 10th, 2021 deadline to file Plaintiff's Opening Brief. This is Plaintiff's first request for an extension. There is good cause

for this extension; to allow the commissioner to consider a voluntary remand. Therefore, the parties jointly request an extension up to and including July 26th, 2021.

Respectfully submitted,

Dated June 4, 2021

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Dated June 4, 2021

/s/ Sathya Oum
(authorized by email)
Sathya Oum
Office of the General Counsel, SSA

**ORDER**

APPROVED AND SO ORDERED.

Dated: June 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE