JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Michael Allsberry

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLSBERRY,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant | Case No.  2:20-cv-01934-CKD<br><br>STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The parties stipulate that, subject to the approval of the Court, that Plaintiff shall be granted a thirty-day extension from the current July 26th, 2021 deadline to file Plaintiff's Opening Brief. There is good cause for this extension because the Commissioner has not provided the full administrative record. This extension allows the Commissioner extra time to obtain the missing documents.

////

Therefore, the parties jointly request an extension up to and including August 25, 2021.

Respectfully submitted,

Dated July 27, 2021

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Dated July 27, 2021

/s/ Sathya Oum
(as authorized by email and phone)
Sathya Oum
Office of the General Counsel, SSA

**ORDER**

APPROVED AND SO ORDERED.

Dated:  July 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE